United States District Court
Southern District of Texas
FILED
JUN 2 1 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JUN 2 3 2005   BM
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CASE NO. L-05-CR-953** |
| § | |
| **Pedro Morales Flores** § | |

# ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE